FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 11, 2018

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DELORES PATTERSON JENNINGS, | No. 2:17-cv-00009-FVS |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY | |
| Defendant. | |

**BEFORE THE COURT** is the Report and Recommendation issued by Magistrate Judge Mary K. Dimke on March 26, 2018, ECF No. 19, recommending Plaintiff's Motion for Summary Judgment, ECF No. 14, be denied and Defendant's Motion for Summary Judgment, ECF No. 16, be granted. No objection was filed. After review, the Court hereby adopts the Report and Recommendation in its entirety. Accordingly, **IT IS ORDERED:**

     1.    The Report and Recommendation, **ECF No. 19**, is **ADOPTED** in its entirety.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1        2.      Plaintiff's Motion for Summary Judgment, **ECF No. 14,** is **DENIED.**

2        3.      Defendant's Motion for Summary Judgment, **ECF No. 16,** is

3 **GRANTED**.

4        The District Court Executive is directed to file this Order and forward copies

5 to counsel.  Judgment shall be entered for Defendant and the file shall be

6 **CLOSED**.

7        DATED April 11, 2018.

8                                s/*Fred Van Sickle*
                                 Fred Van Sickle
9                          Senior United States District Judge